NOT FOR PUBLICATION                                                                                     CLOSED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAMKRISHNA S. TARE, | ) | |
| Appellant, | ) | Civ. Action No. 08-01109 (FSH) |
| v. | ) | **ORDER** |
| BANK OF AMERICA and GARY N. MARKS, | ) | September 19, 2008 |
| Appellees. | ) | |

**HOCHBERG, District Judge**

This matter comes before the Court upon the Appellant's appeal from an order denying Appellant's motion for miscellaneous relief including recusal of Bankruptcy Judge Rosemary Gambardella in the Chapter 11 bankruptcy case of WebSci Technologies, Inc.  For the reasons stated in the opinion accompanying this Order,

**IT IS** on this 19th day of September, 2008,

**ORDERED** that the Appellant's Motion for Miscellaneous Relief including Recusal of Bankruptcy Judge Rosemary Gambardella is **DENIED**.

/s/ Faith S. Hochberg
Hon Faith S. Hochberg, U.S.D.J.